TO BE PUBLISHED

# Supreme Court of Kentucky

## 2023-SC-0165-KB

KENTUCKY BAR ASSOCIATION                                    MOVANT

V.                          IN SUPREME COURT

LEILA LOUISE HALE                                    RESPONDENT

### OPINION AND ORDER

Leila Louise Hale (Hale) was admitted to the practice of law in the Commonwealth of Kentucky on October 30, 2013, and her Kentucky Bar Association (KBA) number is 95811. Her bar roster address is 1661 West Horizon Ridge Parkway, Ste. 200 Henderson, NV 89012. On February 17, 2023, the Nevada Supreme Court issued an order publicly reprimanding Hale. The KBA filed a petition for reciprocal discipline pursuant to SCR[1] 3.435. For the following reasons, we impose identical reciprocal discipline as required by SCR 3.435(4).

Hale was found guilty by the Nevada Supreme Court of violating Nevada Rule of Professional Conduct 1.15 (safekeeping property). She prematurely took attorney fees from client funds that were being held in trust and failed to

---

[1] Kentucky Rule of the Supreme Court.

promptly disburse the remaining funds held in trust after negotiating all the relevant medical liens.

Hale was also found guilty of violating Nevada Rule of Professional Conduct 1.16 (terminating or declining representation). Hale did not disburse the remaining settlement funds after her client terminated her.

Kentucky's SCR 3.130(1.15) and SCR 3.130(1.16) are comparable to Nevada's Rules of Professional Conduct 1.15 and 1.16.

An order for Hale to show cause why a reciprocal order should not be entered against her was entered on April 14, 2023. Hale did not respond to the show cause.

Therefore, a reciprocal discipline order shall be entered under this jurisdiction pursuant to SCR 3.435(4), the Court Orders:

1.) A public reprimand shall be entered against Hale;

2.) In accordance with SCR 3.450, Hale shall pay all costs associated with these disciplinary proceedings against her, and for which execution may issue from this Court upon finality of this Opinion and Order.

All sitting. All concur.

ENTERED: August 24, 2023.

_____
CHIEF JUSTICE

2